IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ALVIN L. HEWETT, ZIRAILI M. ELBEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:11CV278 |
| SHAPIRO & INGLE, LLP, WELLS FARGO, et al., | ) ) ) | |
| Defendants. | ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 29, 2011, was served on the parties in this action. Plaintiff Alvin L. Hewett filed objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that the motions to dismiss filed by Defendants Shapiro & Ingle and Wells Fargo [Docket Nos. 18 and 20] are **GRANTED**.

_____
United States District Judge

Date: January 27, 2012